In re  JONATHAN RAM DARIYANANI                        ,        Case No. _____
       Debtor                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place and "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total total on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> AFSA Data Corporation <br> Attn: Customer Service <br> P.O. Box 7051 <br> Utica, NY 13504-7051 <br> 800-835-4611 | | | Student Loan | | | | 6,287.00 |
| ACCOUNT NO. 02-1900 <br> Amer. Express Bus. Fin. <br> Zide & O'Biecunas, LLP <br> 1300 West Olympic #403 <br> Los Angeles, CA 90015 <br> 213-487-7550 | | | Unsecured loan | | | | 130,695.00 |
| ACCOUNT NO. 372711540293000 <br> Amer. Express Corp. <br> AMEX <br> Box 0001 <br> Los Angeles, CA 90096 <br> 800-492-8468 | | | Credit card | | | | 32,000.00 |
| ACCOUNT NO. 371540912531007 <br> Amer. Express Optima <br> AMEX <br> P.O. Box 0002 <br> Chicago, IL 60679-0002 <br> 800-521-6121 | | | Credit card | | | | 15,000.00 |

__6__ continuation sheets attached                                    Page Total  $ | 183,982.00

FORM B6F
(12/95)

In re  JONATHAN RAM DARIYANANI                              ,        Case No. _____
         Debtor                                                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. 3715-024172-22003<br>Amer. Express Blue<br>AMEX<br>Suite 0002<br>Chicago, IL 60679-0002<br>888-BLUE-741 | | Credit card | | | | 12,500.00 |
| ACCOUNT NO. 4024-2120-1219-1347<br>Bank of America<br>P.O. Box 2930<br>Phoenix, AZ 85062-2930<br>800-732-9194 | | Credit card | | | | 3,575.00 |
| ACCOUNT NO. 2117700-00-553568<br>Beneficial<br>1731 W. Colorado Blvd.<br>Los Angeles, CA 90041 | | Loan | | | | 5,356.00 |
| ACCOUNT NO. 5407-9106-0041-2967<br>Beneficial Mastercard<br>Bankcard Services<br>P.O. Box 19360<br>Portland, OR 97280-0360<br>800-216-1013 | | Credit card | | | | 1,800.00 |
| ACCOUNT NO.<br>Brooks, Matthew<br>16795 Fraser Hwy<br>Surrey, BC<br>Canada V3S2X6 | | Personal loan | | | | 150,000.00 |

Sheet no. 1 of 6 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims
                                                                          Page Total   $ | 173,231.00

In re  JONATHAN RAM DARIYANANI                        ,    Case No. _____
         Debtor                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Dariyanani, Michelle<br>1035 Marion Street<br>Denver, CO 80218-3035 | | | Marital Property Settlement | | | | 150,000.00 |
| ACCOUNT NO. 001-8714692-001<br>Dell Financial Services<br>One Dell Way-CP3<br>ATTN: Correspondence<br>Round Rock, TX 78682<br>877-577-3355 | | | Lease guaranty | | | | 8,000.00 |
| ACCOUNT NO.<br>Duke University<br>ACS<br>2505 S.Finley Rd., #100<br>Lombard, IL 60148-4899<br>630-620-700 | | | Student Loan | | | | 5,000.00 |
| ACCOUNT NO.<br>Financial Pacific Lease<br>Dept. 1<br>P.O. Box 34935<br>Seattle, WA 98124<br>800-447-7107 | | | Lease guaranty | | | | 3,500.00 |
| ACCOUNT NO.<br>Fishman, Al<br>555 California St.<br>43rd Floor<br>San Francisco, CA 94104 | | | Legal fees | | | | 3,100.00 |

Sheet no. 2 of 6 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Page Total  $  169,600.00

In re  JONATHAN RAM DARIYANANI                              ,     Case No. _____
                    Debtor                                                           (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Flinkman Family Trust <br> c/o Flinkman Realty <br> 3015 Main Street, #500 <br> Santa Monica, CA 90405 | | | Business premises lease guaranty | | | | 80,000.00 |
| ACCOUNT NO. NCN399HJ28 <br> Ford Motor Credit <br> P.O. Box 55000 <br> ATTN: Drawer #55-166 <br> Detroit, MI 48255 <br> 800-727-7000 | | | 2000 Ford Explorer Lease | | | | 2,658.00 |
| ACCOUNT NO. <br> Hutchinson, James N Jr. <br> 1249 Hardee Road <br> Coral Gables, FL 33146 | | | Scheduled for precautionary purposes only | | | | 0.00 |
| ACCOUNT NO. <br> Kontiki, Ltd. <br> Deloitte & Touche <br> 2nd Terrace West <br> Centreville <br> Nassau, Bahamas | | | Loan guaranty | | | | 15,000.00 |
| ACCOUNT NO. <br> Mahfar, Helen <br> 801 Ocean Avenue, #301 <br> Santa Monica, CA 90403 | | | Apartment lease | | | | 0.00 |

Sheet no. 3 of 6 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Page Total  $  97,658.00

In re  JONATHAN RAM DARIYANANI                              ,          Case No. _____
　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. MAH01412.020<br>Mahfar, Helen<br>c/o John Antoni, Esq.<br>10940 Wilshire Blvd<br>18th Floor<br>Los Angeles, CA 90024 | | | Attorneys for landlord | | | | 0.00 |
| ACCOUNT NO. 5490-9945-2021-7076<br>MBNA America<br>P.O. Box 15026<br>Wilmington, DE 19850-5026<br>800-789-6685 | | | Credit card | | | | 35,000.00 |
| ACCOUNT NO. 01-100-34299-02-19001<br>Mercedes Benz Credit<br>MBCC<br>P.O. Box 530052<br>Atlanta, GA 30353-0052<br>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 | | | Auto lease; voluntary surrender | | | | 51,000.00 |
| ACCOUNT NO.<br>Pawnee Leasing<br>125 S. Howes, 10h Fl.<br>Ft. Colins, CO 80521 | | | Loan guaranty; business equipment lease | | | | 1,200.00 |
| ACCOUNT NO.<br>Proxity<br>333 Washington Bl. #347<br>Marina del Rey, CA 90292 | | | Internet web development and services | | | | 7,500.00 |

Sheet no. 4 of 6 sheets attached to Schedule of  　　　　　　Page Total  $ | 94,700.00
Creditors Holding Unsecured Nonpriority Claims

In re __JONATHAN RAM DARIYANANI__    Case No. _____
　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Robinson Children's Irrevocable Trust <br> c/o William Robinson <br> 7711 S. Jamestown Ave. <br> Tulsa, OK 74136 | | | Personal loan | | | | 83,000.00 |
| ACCOUNT NO. <br> Rodriguez, Virginia <br> 11532 Nebraska Ave #3 <br> Los Angeles, CA 90025 | X | | Co-guarantor re business obligations | | | | 0.00 |
| ACCOUNT NO. <br> Sallie Mae Servicing <br> ATTN: Correspondence <br> P.O. Box 9500 <br> Wilkes-Barre, PA 18773 | | | Student loan | | | | 38,455.00 |
| ACCOUNT NO. <br> Sokolsky, Bing <br> 4654 Cartwright Ave. <br> Toluca Lake, CA  91602 | X | | Co-guarantor re business obligations | | | | 0.00 |
| ACCOUNT NO. <br> VCBM Ltd. <br> Deloitte & Touche <br> 2nd Terrace West <br> Centreville <br> Nassau, Bahamas | | | Personal loan | | | | 418,000.00 |

Sheet no. _5_ of _6_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims　　　　Page Total　$　539,455.00

In re  JONATHAN RAM DARIYANANI  ,  Case No. _____
       Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR (HUSBAND, WIFE, JOINT, OR COMMUNITY) | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Williamson, Rich<br>1888 Century Park East<br>Suite 1550<br>Los Angeles, CA  90067 | | Scheduled for precautionary purposes only | | | | 0.00 |
| ACCOUNT NO. | | | | | | |
| ACCOUNT NO. | | | | | | |
| ACCOUNT NO. | | | | | | |
| ACCOUNT NO. | | | | | | |

Sheet no. 6 of 6 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Page Total  $  0.00
Schedule Total  $  1,258,626.00